

**IN THE
TENTH COURT OF APPEALS**

**No. 10-24-00221-CV**

**IN THE INTEREST OF C.D.H., A CHILD**

**From the 66th District Court
Hill County, Texas
Trial Court No. CV116-24DC**

## MEMORANDUM  OPINION

Appellant Zachary Lee Hardin has filed a letter that we construe as a motion to dismiss this appeal.[1]  *See* TEX. R. APP. P. 42.1(a)(1).  Dismissal of this appeal would not prevent another party from seeking relief to which it would otherwise be entitled.  *See id.* Appellant's motion to dismiss is therefore granted, and this appeal is dismissed.

MATT JOHNSON
Justice

---

[1] The document does not contain proof of service.  *See* TEX. R. APP. P. 9.5.  However, to expedite this matter, we implement Rule of Appellate Procedure 2 to suspend Rule of Appellate Procedure 9.5's proof-of-service requirement for the document.  *See id.* R. 2, 9.5.  The document has been posted to the Court's website so that the parties may have access to it.

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed December 5, 2024
[CV06]

